

PATRICK W. BEGOS

1055 Washington Boulevard
Stamford, CT 06901-2249
Main (203) 462-7500
Fax (203) 462-7599
pbegos@rc.com
Direct (203) 462-7550

Also admitted in New York

October 13, 2020

*Via ECF*
Clerk of the Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Room S905 Courtroom: 6C South
Brooklyn, New York 11201

**Re: Greuner Medical, PC v. CIGNA Life Insurance Company of New York**
    **Civil Case No.: 20-04898**

Dear Clerk of the Court:

    This office represents Defendant in the above referenced action. On October 12, 2020, our office filed a Notice of Removal (ECF Doc. No. 1) on behalf of Defendant with the Court. Inadvertently, Plaintiff was selected as the filer. Please amend the docket text to reflect that the instant action was removed by Defendant and not by Plaintiff.

    Thank you for your consideration of this matter.

                                        Respectfully submitted,

                                        */s/ Patrick W. Begos*
                                        Patrick W. Begos

cc: All Counsel of Record (via ECF)

Boston | Hartford | New York | Providence | Miami | Stamford | Los Angeles | Wilmington | Philadelphia | Albany | New London | rc.com

Robinson & Cole LLP